[No. 3761-1.   Division One.   December 20, 1976.]

EDWIN W. LEWIN, *Respondent*, v. A. MACCLURE THOMPSON, ET AL, *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 777957, George H. Revelle, J., entered April 9, 1975. *Affirmed* by unpublished opinion per Swanson, J., concurred in by Williams, C.J., and Andersen, J.

[No. 3705-1.   Division One.   December 20, 1976.]

BRUCE R. DONALDSON, ET AL, *Appellants*, v. JACKSON-BERGE, INC., *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 773344, Robert W. Winsor, J., entered March 3, 1975. *Affirmed* by unpublished opinion per Williams, C.J., concurred in by Swanson and Callow, JJ.

[No. 1673-3.   Division Three.   December 23, 1976.]

THE STATE OF WASHINGTON, *Respondent*, v. RICKY HENSON, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 19290, Howard Hettinger, J., entered August 20, 1975. *Affirmed* by unpublished opinion per McInturff, C.J., concurred in by Green and Munson, JJ.

[No. 3258-1.   Division One.   December 27, 1976.]

DONALD MURPHY, ET AL, *Respondents*, v. CAMPBELL INVESTMENT COMPANY, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 42712, Byron L. Swedberg, J., entered August 23, 1974. *Remanded with instructions* by unpublished per curiam opinion.